SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Donroberto D. Mariano, et al,<br><br>        Defendants | Case No. **2:11-cv-02334-MCE-GGH**<br><br>**ORDER RE: STIPULATED DISMISSAL OF MICHAEL P. FLYNN; SUSAN C. FLYNN** |

    IT IS HEREBY ORDERED THAT Defendants, Michael P. Flynn and Susan C. Flynn, be and are hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Dated:   November 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-02334-MCE-GGH- 1